19304

William N. GEIGER, Respondent, v. CAROLINA POOL EQUIP-
MENT DISTRIBUTORS, INC., Appellant

(184 S. E. (2d) 446)

*Messrs. F. Barron Grier, III, of Nelson, Mullins, Grier & Scarborough, and Thomas H. Curlee, Jr., of Lourie & Draine,* Columbia, *for Appellant,* cite:

*T. Patton Adams, Esq., of Graydon & Suber,* Columbia, *for Respondent,* cites:

*Messrs. R. Bruce Shaw, of Nelson, Mullins, Grier & Scarborough, and Thomas H. Curlee, Jr., of Lourie & Draine,* Columbia, *for Appellant, in Reply,* cite:

November 1, 1971.

*Per Curiam.*

This is an appeal from an order denying a motion for summary judgment. The motion was made pursuant to

Circuit Court Rule 44, as amended. Respondent's contention that the order is not directly appealable is sustained.

An order denying a motion for summary judgment is an interlocutory decision and not directly appealable. The following from 4 Am. Jur. (2d) Appeal and Error, Section 104. p. 622, states the foregoing general rule and the reasons underlying it:

"However, the prevailing view seems to be that the denial of a motion for summary judgment is an interlocutory decision only and therefore not directly appealable, since such a denial is not an adjudication on the merits against the movant and he is not thereby foreclosed from the possibility of prevailing in the case when the facts are developed, * * *."

An annotation on the subject may be found in 15 A. L. R. (3d) 899.

Appeal dismissed.